UST-32, 3-03

JAMES D. FOX
P. O. Box 895
Scottsdale, AZ  85252
(602) 263-8754

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| KM2 LIMITED INC A NEVADA CORP. | ) | CASE NO. 06-00517-PHX-GBN |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

JAMES D. FOX, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1030 | 11/23/09 | Guide Corporation<br>4080 Reliable Parkway<br>Chicago, IL 60686-0040 | $1,167.18 |
| 1044 | 11/23/09 | Tom Cepek<br>GT Incorporated<br>P.O. Box 30726<br>Las Vegas, NV 89103 | $ 842.55 |
| 1048 | 11/23/09 | Associated Reporters Inc.<br>FKA Dickinson Reporting<br>9629 N. Central Ave.<br>Phoenix, AZ 85020 | $ 48.33 |
| 1069 | 11/23/09 | Knowledge Arc<br>100 Chapel Road<br>Churchville, VA  24421 | $ 138.89 |
| 1073 | 11/23/09 | Fesler Productions<br>4225 E. North Lane<br>Phoenix, AZ 85028 | $ 159.56 |
| 1075 | 11/23/09 | Garmin USA INC<br>1200 E 151 St.<br>Olathe, KS 66062 | $ 144.31 |
| 1081 | 11/23/09 | Arizona Automotive Accessories<br>1311 E. Bell Road<br>Phoenix, AZ  85022 | $ 537.00 |

DATE: <u>March 24, 2010</u>             /s/ James D. Fox
                                         JAMES D. FOX