JAMES D. FOX  
P. O. Box 895  
Scottsdale, AZ 85252  
(602) 263-8754  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA  

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| KM2 LIMITED INC A NEVADA CORP. | ) | CASE NO. 06-00517-PHX-GBN |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

JAMES D. FOX, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1069 | 11/23/09 | Knowledge Arc<br>100 Chapel Road<br>Churchville, VA 24421 | $1.00 |

DATE: <u>April 28, 2010</u>     /s/ James D. Fox  
                                JAMES D. FOX